**Order entered November 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00998-CV

**RODNEY TATUM, Appellant**

**V.**

**SHARON A. HAGGARD, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-18175-R**

## ORDER

The clerk's record in this case is overdue. By postcard dated August 25, 2015, we notified Felicia Pitre, Dallas County District Clerk, that the clerk's record was overdue. We directed the District Clerk to file the record within thirty days. To date, we have not received any response.

On November 17, 2015, we inadvertently suspended the deadline for the filing of the clerk's record when we directed the parties to file letter briefs addressing our jurisdiction. This appeal cannot proceed, however, until the issue of the clerk's record is resolved.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either: (1) the clerk's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the record. *See* TEX. R. APP. P 35.3(c). We **DIRECT** the Clerk

of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre by electronic transmission and to the parties.

/s/     ELIZABETH LANG-MIERS
           JUSTICE